**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JAMES LEEDS, SR., INDIVIDUALLY AND
AS EXECUTOR OF THE ESTATE OF
ANNE BRENNAN LEEDS; JAMES
LEEDS, JR.; EDWARD S. LEEDS; RYAN
A. LEEDS; PATRICIA CORR; AND
CHELSEA DALSEY, INDIVIDUALLY AND
AS THE EXECUTRIX OF THE ESTATE
OF MARCELLA DALSEY; GRACE
DALSEY; ROBERT DALSEY; AND JOHN
DALSEY,

No. 93 EM 2015

Petitioners

v.

GULFSTREAM AEROSPACE
CORPORATION (DELAWARE);
GULFSTREAM AEROSPACE
CORPORATION (GEORGIA); SK
TRAVEL, L.L.C.; HONEYWELL
INTERNATIONAL; PARKER HANNIFIN
CORPORATION,

Respondents

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2015, the Application for an Exercise of King's Bench Power or Extraordinary Jurisdiction is **DENIED**, and the Application to Substitute Corrected and Updated Affidavit is **DISMISSED AS MOOT**.